PATRICK M. CAROLAN, Individually and as Executor of NEAL
O'DONNELL, Deceased, Respondent, *v.* JOHN J. O'DONNELL
et al., Individually and as. Administrators of the Estate of
ANDREW O'DONNELL et al., Appellants, Impleaded with
Others.

*Carolan* v. *O'Donnell*, 128 App. Div. 924, reversed.
(Argued January 19, 1910; decided February 8, 1910.

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
November 12, 1908, affirming a judgment in favor of plaintiff
entered upon a verdict directed by the court and an order
denying a motion for a new trial in an action to determine
the validity of a written instrument propounded as the will
of Neal O'Donnell, deceased.

*James W. Osborne* and *Edwin W. Willcox* for appellants.

*Morgan J. O'Brien, Joseph H. Fargis* and *James L.
Clare* for respondent.

Judgment reversed and new trial granted, costs to abide
event, on the ground that there was a question of fact as to
the mental capacity of the testator which should have been
submitted to the jury ; no opinion.

Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.